# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Re: STANTON D. LEVENSON,   )   2:26-mc-00237-CB
*Pa. ID No. 00765.*   )
   )   Chief Judge Cathy Bissoon

## ORDER

On February 3, 2026, Stanton D. Levenson, Esq., was immediately transferred to inactive status, for an indefinite period and until further order of the Supreme Court of Pennsylvania. *See* 97 DB 2025. Consequently, "[a]ll pending disciplinary proceedings [have been] held in abeyance." *Id.*

Pursuant to LCvR 83.3.D.3, any reciprocal discipline imposed in this Court shall be deferred until such stay expires.

IT IS SO ORDERED.

February 25, 2026          s/Cathy Bissoon
                           Cathy Bissoon
                           Chief United States District Judge

Enclosure (state Order)

cc (via regular U.S. Mail):

Stanton D. Levenson, Esq.
6105 Spirit St., Apt. 447
Pittsburgh, PA  15206